IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v | * | CRIMINAL NO. 10-00064-WS |
| | * | |
| ERIK ADAMS and | * | |
| LONNA O'STEEN | * | |

## MOTION TO SEAL INDICTMENT

Comes Now the United States of America, by and through Kenyen R. Brown, United States Attorney for the Southern District of Alabama, respectfully request the Court to seal the indictment in this case until the arrest of the defendants. The United States also respectfully requests that the Court direct the Clerk's Office to provide a copy of the indictment to Assistant U. S. Attorney Deborah A. Griffin prior to its being placed under seal.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

Deborah A. Griffin
Assistant United States Attorney
U.S. Attorney's Office
63 So. Royal Street, Suite 600
Mobile, Alabama 36602
Tel: (251) 441-5845
E-mail:deborah.griffin@usdoj.gov

*FILED IN OPEN COURT*
*APR 29 2010*
*CHARLES R. DIARD, JR.*
*CLERK*