IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. 10-00064-WS |
| | * | |
| ERIK ADAMS and | * | |
| LONNA O'STEEN | * | |

## ORDER TO SEAL

This matter is before the Court pursuant to a motion by the United States to seal the indictment in this case. For good cause shown, the motion is due to be granted; therefore,

IT IS ORDERED, that the United States' Motion to Seal Indictment is granted; and

IT IS FURTHER ORDERED, that the Clerk's Office shall provide a copy of the indictment to Assistant U.S. Attorney Deborah A. Griffin before it is placed under seal; and

IT IS FURTHER ORDERED, that the indictment in this case will remain sealed until further order of this Court.

DONE AND ORDERED at Mobile, Alabama, this 29th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Deborah A. Griffin