IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
MAY 3 2010
CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v | * | CRIMINAL NO. 10-00064 |
| | * | |
| ERIK ADAMS and | * | |
| LONNA O'STEEN | * | |

## MOTION TO UNSEAL INDICTMENT

Comes Now the United States of America, by and through Kenyen R. Brown, United States Attorney for the Southern District of Alabama, respectfully request the Court to unseal the indictment in this case.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

*/s/ Deborah A. Griffin*
Deborah A. Griffin
Assistant United States Attorney
U.S. Attorney's Office
63 So. Royal Street, Suite 600
Mobile, Alabama 36602
Tel: (251) 441-5845
E-mail:deborah.griffin@usdoj.gov