IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. 10-00064 |
| | * | |
| ERIK ADAMS and | * | |
| LONNA O'STEEN | * | |

## ORDER TO UNSEAL

This matter is before the Court pursuant to a motion by the United States to unseal the indictment in this case. For good cause shown, the motion is due to be granted; therefore,

IT IS ORDERED, that the United States' Motion to Unseal Indictment is granted.

DONE AND ORDERED at Mobile, Alabama, this 3rd day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE