UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CASE NO: 10CR00064

    Plaintiff,

-vs-

ERIK ADAMS,

    Defendant.
_____/

## MOTION FOR JUDICIAL RECOMMENDATION
## TO THE BUREAU OF PRISONS

**COMES NOW** the Defendant, Erik Adams, by and through his undersigned counsel and respectfully moves pursuant to 18 U.S.C. § 3621(b) and § 3624(c) that this Honorable Court recommend to the Bureau of Prisons ("BOP"), by way of granting this motion, that it consider placing defendant in prerelease custody for the maximum term permitted by statute (twelve months).

As grounds, defendant states as follows:

Title 18 U.S.C. § 3624(c)(1) directs the Bureau of Prisons to place an inmate in a community corrections facility toward the end of his sentence, in order to help ensure successful re-entry into the community:

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

(c) Prerelease custody –

(1) In general – The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.

Pursuant to 18 U.S.C. § 3621(b), the decisions whether and when to place an inmate in a community correctional facility pursuant to § 3624(c)(1) are within the sole discretion of the Bureau of Prisons. That discretion is guided by the factors enumerated in § 3621(b)(1) – (5), including § 3621(b)(4)(B), judicial recommendations:

1) The resources of the facility contemplated;

2) The nature and circumstances of the offense;

3) The history and characteristics of the prisoner;

4) Any statement by the court that imposed the sentence –

   (A) Concerning the purposes for which the sentence to imprisonment was determined to be warranted; or

   (B) Recommending a type of penal or correctional facility as appropriate; and

5) Any pertinent policy statement issued by the Sentencing Commission pursuant to Section 994(a)(2) of Title 28.

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

On July 13th, 2011 this Court sentenced defendant to a term of 60 months imprisonment.

The defendant, Erik Adams, is currently incarcerated at the Federal Prison Camp in Pensacola, Florida.

During the time the defendant, Erik Adams, has been incarcerated he has tried to better himself by taking advantage of various programs offered by the Bureau of Prisons. He has completed the following courses:

>Landscape Management Apprenticeship – Certified through the U.S. Department of Labor (18 months);
>Threshold Re-Entry Preparation Program (6 months);
>Commercial Driver's License preparation program;
>Basic, Intermediate and Advance typing courses;
>Microsoft Outlook Training program;
>Microsoft Excel Training program;
>Microsoft Access Training program;
>Rosetta Stone Spanish Level 1 and 2

The defendant has never received any disciplinary actions and at all times has been a model prisoner.

The defendant has two minor children, Logan age 17 and Olivia age 15. Through regular communication and visits, these children have maintained a close relationship with their father yet it is not the same as being there day in and day out. Twelve months of halfway house placement will give the defendant the ability to acquire a job and save enough income so by

his home eligibility date of August 8th, 2015, he will be able to rent a safe home and have a stable environment for his children before they begin the 2015/2016 school year.

The defendant's projected release date is February 5th, 2016 with no Community Corrections Facility (halfway house).

If the Bureau of Prisons gives the defendant 12 months Community Corrections Facility (halfway house), he would be eligible for release to that facility on February 4th, 2015.

The defendant most respectfully requests this Honorable Court to make a Judicial Recommendation to the Bureau of Prisons that the defendant, Erik Adams, receive 12 months Community Corrections Facility (halfway House).

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
1001 Brickell Bay Drive
Suite 2206
Miami, FL  33131
(305) 858-5300
Fla. Bar No: 209171

    (S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Judicial Recommendation to the Bureau of Prisons was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 19th day of December, 2014.

(S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001